In the Matter of the Application of EDWARD MANN and Others against WILLIAM

E. WALSH and Others, and GOODLEN REALTY CO., INC.— Motion granted so far as to direct that the respondents' briefs be filed on or before November 15, 1930, and the time of respondents in which to file said briefs extended to and including said date. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.